**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ETORY ROBINSON**                                                                                    **PLAINTIFF**

**v.**                                                                    **CIVIL ACTION NO.:  4:25-CV-00172-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                        **DEFENDANT**

**ORDER GRANTING CONSENT MOTION TO REVERSE AND REMAND**

This cause coming before the Court on the stipulation of the parties by a consent motion [Doc. 15], due notice having been given, and the Court being fully advised, it is hereby ordered that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to sentence four of Section 205 of the Social Security Act, which is codified at 42 U.S.C. § 405(g). Upon receipt of the Court's order, the Appeals Council will direct the Administrative Law Judge to further consider further evaluate the claimant's ability to perform other work in the national economy and issue a new decision.

SO ORDERED on this the 20th day of April, 2026.

*/s/ Jane M. Virden*
HONORABLE JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE